**No. 10-10210. Jarvis T. Williams, Petitioner v. Missouri.**

565 U.S. 831, 132 S. Ct. 129, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5824.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 328 S.W.3d 366.

**No. 10-10215. Quinton F. Croom, Petitioner v. Officer Fullen, et al.**

565 U.S. 831, 132 S. Ct. 129, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5342.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 711.

**No. 10-10216. Anthony J. Ceparano, Petitioner v. Southampton Justice Court, New York, et al.**

565 U.S. 831, 132 S. Ct. 129, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5529.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 404 Fed. Appx. 537.

**No. 10-10220. Brent Winters, Petitioner v. United States.**

565 U.S. 831, 132 S. Ct. 130, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5737,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 618 F.3d 619.

**No. 10-10223. Clare Beth Moore, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, et al.**

565 U.S. 831, 132 S. Ct. 130, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5743,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 413 Fed. Appx. 710.

**No. 10-10230. Toby Shaun Bordelon, Petitioner v. Terry Terrell, Warden.**

565 U.S. 831, 132 S. Ct. 130, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5313.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10231. Robert Bertola, Petitioner v. James Hartley, Warden.**

565 U.S. 831, 132 S. Ct. 130, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5594,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10232. Carl A. Williams, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 831, 132 S. Ct. 130, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5724.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.